E-FILED
APR 3 0 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RANDY L. DAVENPORT, 322617, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-CV-798-B |
| ) | ECF |
| CITY OF GARLAND, TEXAS, et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. A party filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's claims against the City of Garland, Texas are dismissed with prejudice.

SO ORDERED this 30th day of April, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE