IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RANDY L. DAVENPORT, 322617, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-CV-798-B |
| ) | ECF |
| CITY OF GARLAND, TEXAS, et al., ) | |
|     Defendants. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Motion for Summary Judgment of Defendant Officers J. A. Radney, M. A. Mendoza, and D. M. Morrow is granted. Accordingly, Plaintiff's claims against Officers J. A. Radney, M. A. Mendoza, and D. M. Morrow shall be dismissed with prejudice.

**SO ORDERED.**

**SIGNED** on this 8th day of July, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE